**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7672**

─────────────

HARRY JAMES FOWLER,

                                Plaintiff - Appellant,

        versus

DEBBIE BRADLEY, Detective; ANDREW JENNINGS,
District Attorney; SAM J. ERVIN, IV; ANITA L.
MATTHEWS,

                                Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Chief District Judge.  (CA-02-89-5-2MU)

─────────────

Submitted:  February 20, 2003      Decided:  February 26, 2003

─────────────

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Harry James Fowler, Appellant Pro Se.  John Hamilton Watters,
Special Deputy Attorney General, Raleigh, North Carolina; Samuel
James Ervin, IV, Morganton, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry James Fowler appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Fowler v. Bradley</u>, No. CA-02-89-5-2MU (W.D.N.C. Sept. 25, 2002; filed Oct. 18, 2002, entered Oct. 21, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>